IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMBIR LINN MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-2274 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On June 26, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 17), to which no timely objections have been filed. The Report and Recommendation is therefore accepted and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 15) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 15th day of July, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge